### SHELTON *et al. vs.* ELLIS *et al.*

This is, in every essential particular, the same case that was before the court, at February term, 1883, upon a writ of error brought to reverse the order for an injunction and receiver. The decision then rendered covers every question raised on the final trial, and is *res adjudicata* as to the points of law then in controversy between the parties. The charge of the presiding judge was substantially, if not literally, in accordance with our decision. The verdict of the jury is sustained by the evidence, and there was no error in refusing to set it aside and grant a new trial.

April 25, 1884. (Head-note by the court.)

HALL, Justice.

---

### WATSON *vs.* MYERS.

Delivery of a deed, executed in behalf of an infant for the consideration of five dollars, and love and affection for the infant, to a witness of the deed, for the benefit of the infant, is delivery to the infant. Its effect is to part with dominion over the land in the grantor, and to convey title to the infant, and on his majority, he may recover thereon.

Judgment affirmed.

April 8, 1884. (Head-note by the court.)

JACKSON, Chief Justice.